McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MARTIN J. ZEPEDA,<br><br>                Defendant. | Case No. 1:20-po-00344-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00344-SAB against MARTIN J. ZEPEDA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED:  November 13, 2020              Respectfully submitted,

                                                        McGREGOR W. SCOTT
                                                        United States Attorney

                                        By:    /s/ William B. Taylor
                                                 WILLIAM B. TAYLOR
                                                 Special Assistant U.S. Attorney

**O R D E R**

**IT IS HEREBY ORDERED** that Case No. 1:20-po-00344-SAB against MARTIN J. ZEPEDA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**November 13, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE